February 4, 1975.

No. State 165.   SNEED, Plaintiff in error, v. STATE, Defendant in error.*

* Motion for reconsideration denied April 28, 1975.

For the plaintiff in error there was a brief by *Howard B. Eisenberg,* state public defender. For the defendant in error there was a brief by *Robert W. Warren,* attorney general, *James H. McDermott,* assistant attorney general, and *E. Michael McCann,* district attorney, Milwaukee county.

Order affirmed.